# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/20/2019**  　　　　　　　　　　　Judge: **Trenga/MSN**
Time: **12:14 - 12:22**  　　　　　　　　　　Reporter: **J. Egal**

Civil Action Number: **1:19-cv-1574**

## VOLKSWAGON GROUP OF AMERICA, INC.

V.

## THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Monica Talley** <br> **Daniel Block** <br> **Nicholas Nowak** |  |

Motion to/for:
[10] Motion for Temporary Restraining Order by pltf.

Argued and
(**X**) Granted　　　　( ) Denied　　　( ) Granted in part/Denied in part
( ) Taken Under Advisement　　　　　( ) Continued to

(**X**) Order to Follow

Preliminary Injunction Hearing set for 1/2/2020 at 2:00 p.m.

The Court requires that Plaintiff post bond in the amount of $1,000.00