IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC. )<br><br>　　　　　　Plaintiff, )<br>　　v. )<br>　　　　　　　　　　　　　　　　　　 )<br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, )<br><br>　　　　　　Defendants. ) | Civil Action No. 1:19-cv-01574 (AJT/MSN) |

## **TEMPORARY RESTRAINING ORDER**

On December 20, 2019, the Court held a hearing on Plaintiff's *Ex Parte* Motion for Temporary Asset Restraint and Expedited Discovery [Doc. 10] ("the Motion"). Upon consideration of the Motion, the Verified Complaint [Doc. 1], the memorandum and exhibits in support of the Motion, and the arguments of counsel, and for the reasons stated in open court at the December 20, 2019 hearing, the Court finds and concludes that, pursuant to Federal Rule of Civil Procedure 65(b)(1), a sufficient showing has been made to issue a temporary restraining order without notice to the Defendants since, if notice is given to the Defendants, it is likely that the Defendants will evade the reach of this Court, which will detrimentally impact Plaintiff's ability to seek redress.

Further, the Court finds and concludes that a sufficient showing has been made to restrain temporarily the transfer of any assets from the Defendants' PayPal accounts associated with the sale of counterfeit goods bearing the Plaintiff's federally-registered trademarks, including an adequate showing as to the likelihood of success on Plaintiff's claims that Defendants have used Plaintiff's trademarks without authorization, which will continue to cause confusion, mistake,

and/or deception among consumers and the public as to Plaintiff's products and dilute the distinctive quality of Plaintiff's trademarks; the threat of irreparable harm to the Plaintiff as a result of Defendants' alleged continued infringement and the risk that Defendants will transfer all assets from their accounts in the absence of a temporary freezing of their accounts (potential harms which outweigh any demonstrated harm Defendants will suffer from the temporary freezing of assets in their accounts); the balance of equities in Plaintiff's favor; and the public interest that strongly supports granting the temporary freeze of assets pending a preliminary injunction hearing.

The Court further finds and concludes that expedited third-party discovery to ascertain Defendants' identities and the location and value of Defendants' financial accounts related to the sale of the counterfeit goods named in the Verified Complaint is necessary. Accordingly, a temporary restraining order is appropriate pending the Court's consideration of Plaintiff's request for a preliminary injunction. For these reasons, it is hereby

ORDERED that Plaintiff's *Ex Parte* Motion for Temporary Asset Restraint and Expedited Discovery [Doc. 10] be, and the same hereby is, **GRANTED**; and it is further

ORDERED that PayPal shall immediately freeze all PayPal accounts associated with Defendants identified in Schedule A to the Verified Complaint, which is hereby unsealed and attached hereto, and restrain and enjoin the transfer of any monies held in such accounts until further ordered by this Court; and it is further

ORDERED that Plaintiff may immediately serve limited discovery on PayPal sufficient to discover the amounts of any monies held by PayPal in association with Defendants identified in Schedule A to the Verified Complaint as well as any name, email address, address, telephone number, and bank account associated with such PayPal account(s); and it is further

ORDERED that Plaintiff may immediately serve limited discovery on eBay sufficient to learn the identities of Defendants identified in Schedule A to the Verified Complaint as well as any name, email address, address, telephone number, PayPal account, or other payment account(s) associated with such eBay account(s); and it is further

ORDERED that any information disclosed to Plaintiff in response to discovery issued pursuant to this Order may be used solely for the purpose of protecting Plaintiff's rights as set forth in the Verified Complaint; and it is further

ORDERED that a preliminary injunction hearing in this matter shall be scheduled for **Thursday, January 2, 2020 at 2:00 p.m.**; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 65(c) Plaintiff shall post cash or other security in the amount of **$1,000.00.**

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 20, 2019 2:50 p.m.

Schedule A

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|---|---|---|
| 1 | 2018pineapple | eBay |
| 2 | 5457426 | eBay |
| 3 | abbeele | eBay |
| 4 | allway-auto-us | eBay |
| 5 | aurimasmzk | eBay |
| 6 | autobd22017 | eBay |
| 7 | autocreacle | eBay |
| 8 | autoscandiy | eBay |
| 9 | balanceboard_uk | eBay |
| 10 | beadsmarket | eBay |
| 11 | bestobal | eBay |
| 12 | bonbonday | eBay |
| 13 | caiyanyantiger | eBay |
| 14 | cartoolfty | eBay |
| 15 | chengcheng788 | eBay |
| 16 | cntopstore | eBay |
| 17 | craftdiyonline | eBay |
| 18 | cute_uu2010 | eBay |
| 19 | dbs-store7 | eBay |
| 20 | dengtal-online | eBay |

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|---|---|---|
| 21 | develpower2018 | eBay |
| 22 | dr.dent1 | eBay |
| 23 | dreamer-store709 | eBay |
| 24 | dream-usa | eBay |
| 25 | dsgreatshop | eBay |
| 26 | easy-2buyy1 | eBay |
| 27 | ebuytrade | eBay |
| 28 | ec-sells | eBay |
| 29 | ecudiagnose | eBay |
| 30 | edent0810 | eBay |
| 31 | ediy_hu | eBay |
| 32 | fairy-shop-love | eBay |
| 33 | feidong256 | eBay |
| 34 | fomall | eBay |
| 35 | fusq2293 | eBay |
| 36 | gocardiag | eBay |
| 37 | goldingbuy | eBay |
| 38 | goodserviceli | eBay |
| 39 | hailong2019 | eBay |
| 40 | hkseller2018 | eBay |
| 41 | hkseller2019 | eBay |
| 42 | itobddiag | eBay |
| 43 | ivscorpil | eBay |
| 44 | je-aime-perles | eBay |
| 45 | led_plaza_2016 | eBay |
| 46 | ledlightcarparts | eBay |
| 47 | lind_chen1 | eBay |
| 48 | loveobd | eBay |
| 49 | maktrust2016 | eBay |
| 50 | mingtge | eBay |
| 51 | monokingtu_1 | eBay |
| 52 | newyoutube | eBay |
| 53 | niujunjun98 | eBay |
| 54 | promall | eBay |
| 55 | ronvias | eBay |
| 56 | seniors_203 | eBay |
| 57 | sincereobd2 | eBay |
| 58 | sinosells699 | eBay |

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|---|---|---|
| 59 | smartgo-gps-wholesale | eBay |
| 60 | strength_simone | eBay |
| 61 | t-mall-shop | eBay |
| 62 | tmallshop2018 | eBay |
| 63 | ucartool2015 | eBay |
| 64 | vapebylin | eBay |
| 65 | vehiclegenius | eBay |
| 66 | xiaoxiaowe17 | eBay |
| 67 | xingobd2 | eBay |
| 68 | xsgcarautopart | eBay |
| 69 | yf_home | eBay |
| 70 | yfmotor | eBay |
| 71 | yiou-2017 | eBay |
| 72 | ywssg515 | eBay |
| 73 | zcdeal2015 | eBay |
| 74 | zeus_tech | eBay |
| 75 | zivma_92 | eBay |
| 76 | zykerstore | eBay |
| 77 | hksinc | eBay |
| 78 | xrdcnc-260 | eBay |
| 79 | july6292012 | eBay |
| 80 | ecartool2015 | eBay |
| 81 | besttool2019 | eBay |
| 82 | sd-cts-store | eBay |
| 83 | wxystore | eBay |

3