```
Court Name: United States District Court
Division: 1
Receipt Number: 14683082515
Cashier ID: ahaskins
Transaction Date: 12/23/2019
Payer Name: STERNE KESSLER GOLDSTEIN FOX
----------------------------------------
TREASURY REGISTRY
 For: STERNE KESSLER GOLDSTEIN FOX
 Case/Party: D-VAE-1-19-CV-001574-001
 Amount:         $1,000.00
----------------------------------------
CHECK
 Remitter: TERNE KESSLER GOLDSTEIN FOX
 Check/Money Order Num: 57363
 Amt Tendered: $1,000.00
----------------------------------------
Total Due:       $1,000.00
Total Tendered:  $1,000.00
Change Amt:      $0.00

119CV1574
```

**Sterne Kessler Goldstein Fox** P.L.L.C.

| Invoice # | Invoice Date | Amount | GLID | Description | | 57363 |
|---|---|---|---|---|---|---|
| 122319 | 12/23/2019 | $1,000.00 | 11-10240-1-00-000 | | | |

1:19cv1574