UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil No. 1:19-cv-1574-AJT-MSN |

## ORDER GRANTING LEAVE TO FILE UNDER SEAL

This Court, having considered the Motion by Volkswagen Group of America, Inc. to file sealed versions of (1) Schedule A to the Complaint, which includes a list of eBay account names used by Defendants; (2) Exhibit 5 to the Complaint, which contains screenshots of Defendants' Internet Store listings; (3) Exhibit 6 to the Complaint, which also contains screenshots of Defendants' Internet Store payment pages; and (4) Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery and for good cause shown, it is hereby

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that once the temporary restraining order has been served on the relevant parties and the requested actions taken, Plaintiff shall move to unseal these documents.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

December 27, 2019
Alexandria, Virginia