UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No.  1:19-cv-01574-AJT-MSN |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| **Defendants.** | |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

   Plaintiff Volkswagen Group of America, Inc., by counsel, and pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65, by counsel, hereby moves for entry of a preliminary injunction.

   For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court issue a preliminary injunction freezing the respective PayPal accounts of the Defendants identified in Schedule A to the Complaint.

Date:  January 14, 2020                    Respectfully submitted,

                                                    /s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Daniel E. Yonan (VSB No. 46019)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
dyonan@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*