UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | Civil Action No.  1:19-cv-01574-AJT-MSN |

## [PROPOSED] ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Entry of a Preliminary Injunction and memorandum in support of the Motion, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that PayPal shall continue to freeze all accounts associated with Defendants identified in Schedule A to the Complaint and restrain and enjoin from transfer any monies held in such accounts until further ordered by this Court.

SO ORDERED THIS _____ day of _____, 2020.

_____
Anthony J. Trenga
United States District Judge