**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** **Plaintiff,** v. **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** **Defendants.** | **Civil Action No. 1:19-cv-01574-AJT-MSN** |

## PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY EMAIL

Plaintiff Volkswagen Group of America, Inc., by counsel, moves this Court for an Order directing that Plaintiff serve Defendants by their email addresses, for the reasons set forth in Plaintiff's accompanying Memorandum of Law in support of this Motion.

Date:  January 15, 2020

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Daniel E. Yonan (VSB No. 46019)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
Sterne Kessler Goldstein & Fox, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
dyonan@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com
*Attorneys for Plaintiff*