IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-01574 (AJT/MSN) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Currently pending before the Court is Plaintiff Volkswagen Group of America, Inc.'s

Motion for Preliminary Injunction [Doc. 30] ("Motion").  In the Motion, Plaintiff seeks

to extend the Temporary Restraining Order [Doc. 21], which this Court granted on December 20,

2019 and further extended on December 31, 2019 [Doc. 29], into a preliminary injunction to

continue to freeze all PayPal accounts associated with the Defendants identified in the Verified

Complaint [Doc. 1].   Upon consideration of the Motion, the memorandum in support thereof and

the representations of Plaintiff's counsel at the January 17, 2020 hearing, and for the reasons

stated in open court, it is hereby

ORDERED that Plaintiff's Motion [Doc. 30] be, and the same hereby is, **DENIED**

without prejudice.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 17, 2020