# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 1:19-cv-01574-AJT-MSN |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen Group of America, Inc. hereby dismisses this action without prejudice against the following Defendants:

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
| 3 | abbeele (abureely) | cliffgoldfish@outlook.com |
| 5 | aurimasmzk | ebay.aurimas@gmail.com |
| 6 | autobd22017 | autobd2@hotmail.com |
| 7 | autocreacle | autocreacle01@163.com |
| 12 | bonbonday | huadjbest@163.com |
| 14 | cartoolfty | obd2diag@163.com |
| 18 | cute_uu2010 | 3345630143@qq.com |
| 20 | dengtal-online | dengtal@163.com |
| 24 | dream-usa | dreamusa2013@126.com |
| 25 | dsgreatshop | dsmokykla8@gmail.com |
| 27 | ebuytrade | anilkumarmdr@yahoo.com |
| 32 | fairy-shop-love | ywjinshuriyongpin02@outlook.com |
| 37 | goldingbuy | yfhome2@126.com |
| 38 | goodserviceli | feiyanhao@hotmail.com |
| 39 | hailong2019 | tooqeffep45@hotmail.com |
| 40 | hkseller2018 | hkseller2017@126.com |

| No. | Seller ID/Defendant Store Name | Defendant Email |
|---|---|---|
| 41 | hkseller2019 | hkseller004@outlook.com |
| 45 | led_plaza_2016 | kissflow@outlook.com |
| 48 | loveobd | liuli@itcardiag.com |
| 51 | monokingtu_1 | monokingtu@outlook.com |
| 52 | newyoutube | yfdt44@126.com |
| 55 | ronvias | z963540732@outlook.com |
| 61 | t-mall-shop | wowindre@gmail.com |
| 62 | tmallshop2018 | pricha0331@gmail.com |
| 64 | vapebylin | yilifuxiangliao_1@126.com |
| 67 | xingobd2 | maketrust2018@163.com |
| 68 | xsgcarautopart | xsgcarautopart19@163.com |
| 75 | zivma_92 | zivilee19852@gmail.com |
| 78 | xrdcnc-360 | xrdcnc360@hotmail.com |
| 80 | ecartool2015 | 734274601@qq.com |
| 82 | sd-cts-store | china_world2@163.com |

Date: January 17, 2020

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Daniel E. Yonan (VSB No. 46019)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
Sterne Kessler Goldstein & Fox, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
dyonan@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

14419454.1