IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 1:19-cv-01574 (AJT/MSN) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

On January 31, 2020, the Court held a hearing on Plaintiff's Motion for Entry of a Preliminary Injunction [Doc. 30] ("the Motion"). Upon consideration of the Motion, the Verified Complaint [Doc. 1], the memorandum in support of the Motion, the arguments of counsel, and it appearing to the Court that the Defendants who remain in this action have been adequately served and have been provided notice of the pending Motion, and for the reasons stated in open court at the January 31, 2020 hearing, the Court finds and concludes it has personal and subject matter jurisdiction over the served Defendants, a list of whom is attached hereto, and that, pursuant to Federal Rule of Civil Procedure 65(a), a sufficient showing has been made to restrain the transfer of any assets from the Defendants' PayPal accounts associated with the sale of counterfeit goods bearing the Plaintiff's federally-registered trademarks, including an adequate showing as to the likelihood of success on Plaintiff's claims that Defendants have used Plaintiff's trademarks without authorization, which will continue to cause confusion, mistake, and/or deception among consumers and the public as to Plaintiff's products and dilute the distinctive quality of Plaintiff's trademarks; the threat of irreparable harm to the Plaintiff as a

1

result of Defendants' alleged continued infringement and the risk that Defendants will transfer all assets from their accounts in the absence of a freezing of their accounts (potential harms which outweigh any demonstrated harm Defendants will suffer from the temporary freezing of assets in their accounts); the balance of equities is in Plaintiff's favor; and the public interest strongly supports granting a freeze of Defendants' assets. For these reasons, it is hereby

ORDERED that Plaintiff's Motion for Entry of a Preliminary Injunction [Doc. 30] be, and the same hereby is, **GRANTED**; and it is further

ORDERED that PayPal shall continue to freeze all PayPal accounts associated with Defendants remaining in this action and identified in Schedule A to the Verified Complaint, and restrain and enjoin the transfer of any monies held in such accounts until further ordered by this Court; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 65(c), the previously posted bond of $1,000.00 shall remain posted with respect to the preliminary injunction granted herein.

The Clerk is directed to forward a copy of this Order to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 31, 2020 12:00 p.m.

## Appendix A

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 1 | 桂国 陈 (Gui Guo Chen) | 2018pineapple | chenuiuo02@outlook.com |
| 2 | 景 王 (Jing wang) | 5457426 | wangjing0928@outlook.com |
| 4 | 坤 雷 (Kun Lei) | allway-auto-us | info@allway-auto.com |
| 8 | 子雄 郑 (Zi Xiong Zheng) | autoscandiy | Money@kdscanner.com<br>samzheng2016@126.com<br>autotechDIY@yahoo.com |
| 9 | 玉婷 胡 (Yuting Hu) | balanceboard_uk | balanceboardcs@outlook.com |
| 10 | 生旺 雷 (Sheng Wang Lei) | beadsmarket | shengwanglei@yahoo.com<br>hallo_schmuck_lei@outlook.com<br>hallo_schmuck_lei@yahoo.com<br>homeshopping_DIY@yahoo.com |
| 11 | 似亚 胡 (Shi Ye Hu) | bestobal | ylworldtrading@hotmail.com |
| 13 | 岩岩 蔡 (Yan Yan Tsai) | caiyanyantiger | caiyanyan1980@hotmail.com<br>caiyanyan1980_1@hotmail.com<br>caiyanyan1980_2@hotmail.com |
| 15 | 程 陈 (Cheng Chen) | chengcheng788 | aooqhmhqq80@hotmail.com |
| 16 | 晓芳 冯 (Xiaofang Feng) | cntopstore | 597969631@qq.com |
| 17 | 修珑 胡 (Xiu Long Hu) | craftdiyonline | gemstone.beauty2009@gmail.com<br>huangwg@yahoo.com<br>huangwg_0702@outlook.com<br>xiulonghu@outlook.com<br>xiulonghu@yahoo.com<br>gemstone.beauty2009@yahoo.com<br>housweety.services@yahoo.com |
| 19 | 亚磊 马 (Ya Lei Ma) | dbs-store7 | horizon0706@outlook.com |
| 21 | 光军 程 (Guang Jun Cheng) | develpower2018 | lissa@cosuper.com<br>lynsey@cosuper.com |
| 22 | Jingkun Ma | dr.dent1 | only20181009@163.com |
| 23 | 鑫 梁 (Xin Liang) | dreamer-store709 | china_dream_709@yahoo.com.cn<br>china_dream_709@163.com |
| 26 | Alexander Livshits | easy-2buyy1 | marishaalex2307@gmail.com |
| 28 | 华 周 (Hua Zhou) | ec-sells | 76083233@qq.com |
| 29 | 蓉 叶 (Rong Ye) | ecudiagnose | auto2tech@gmail.com<br>autotech@hotmail.com<br>sales@auto2tech.com<br>order@auto2tech.com |
| 30 | Chaolei Ma | edent0810 | 18003835165@163.com |

i

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 31 | 义德 胡 (Yide Hu) | ediy_hu | hkcysea@gmail.com |
| 33 | 会 田 (Hui Tian) | feidong256 | longfei236@sina.com |
| 34 | 文婉 屈 (Wen Wan Qu) | fomall | iai2016@163.com |
| 35 | 志伟 马 (Zhiwei Ma) | fusq2293 | 2529409604@qq.com |
| 36 | 秋霞 刘 (Qiu Xia Liu) | gocardiag | info@itcardiag.com<br>1843265526@qq.com |
| 42 | 桂方 李 (Gui Fang Li) | itobddiag | fang@itcardiag.com |
| 43 | Ilia Shubny | ivscorpil | muramez@mail.ru<br>muramez90@gmail.com<br>ivscorp2017@gmail.com |
| 44 | Qizan Wei | je-aime-perles | beads-online@live.com<br>crafts-home@outlook.com<br>hellogemstone_wei@yahoo.com<br>jewelry-diy@outlook.com<br>robbie.wei@yahoo.com<br>xiaoduo.pan@outlook.com<br>hellogemstone@gmail.com<br>qizanwei@yahoo.com<br>robbie.wei@panduo.com.cn |
| 46 | 岩岩 蔡 (Yan Yan Tsai) | ledlightcarparts | feiyanled@hotmail.com |
| 47 | 晓云 钟 (Xiaoyun Zhong) | lind_chen1 | susan123abc@163.com |
| 49 | 亮 余 (Liang Yu) | maketrust2016 | yuliang2895@163.com |
| 50 | Pingyan Li | mingtge | lipybj@hotmail.com |
| 53 | Jian Jun Wei | niujunjun98 | laoweijiashenvo@outlook.com |
| 54 | Jinli Ding | promall | 2189647685@qq.com |
| 56 | 媛媛 张 (Yuanyuan Zhang) | seniors_203 | seniors203@outlook.com |
| 57 | 绍雄 戴 (Shao Xiong) | sincereobd2 | daiobd@outlook.com<br>sincereobd2@outlook.com<br>sincereobd@outlook.com |
| 58 | 佰香 王 (Bai Xiang Wang) | sinosells699 | 844314000@qq.com<br>info@ecutool.us<br>wbaixiang@yahoo.com |
| 59 | Hailan Li | smartgo-gps-wholesale | tingyumanbu317@163.com |
| 60 | Jian Le Zhao | strength_simone | 1755791556@qq.com |
| 63 | Ou Ping Su | ucartool2015 | chinacathy@163.com |
| 65 | Azhou Chen | vehiclegenius | autoolboxgina@hotmail.com<br>shzwz@126.com |
| 66 | 明和 黄 (Meiwa Ki) | xiaoxiaowei17 | huangminghe12@hotmail.com |

ii

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 69 | 国臣 张 (Guochen Zhang) | yf_home | yf111aaa@126.com<br>airhomepay@126.com<br>easily_pay@126.com<br>hkpayhome@126.com<br>yf_home_pay@126.com |
| 70 | 媛媛 张 (Yuanyuan Zhang) | yfmotor | motorknight2018@outlook.com |
| 71 | Zuqiu He | yiou-2017 | myangelok@qq.com |
| 72 | Yang Zhang | ywssg515 | tzlangm@hotmail.com |
| 73 | 小勇 祝 (Xiao Yong) | zcdeal2015 | zcdeal@outlook.com |
| 74 | 会 邓 (Hui Deng) | zeus_tech | chinamaster02@hotmail.com<br>chinatool93@gmail.com<br>chinatool93@hotmail.com<br>mandydeng49@yeah.net |
| 76 | 强华 赵 (Qianghua Zhao) | zykerstore | zyker2017@163.com |
| 77 | Qing Zhu | hksinc (zhuqingadaf) | hksincczq@outlook.com<br>hksincc@gmail.com |
| 79 | 离军 王 (Li Jun Wang) | july6292012 | july6292012@hotmail.com |
| 81 | Qingqing Luo | besttool2019 | rr@jebolist.com |
| 83 | 志贵 刘 (Zhigui Liu) | wxystore | liuzhigui2014@outlook.com |

iii