UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>Defendants. | Civil Action No. 1:19-cv-01574-AJT-MSN |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Volkswagen Group of America, Inc. ("Plaintiff" or "VWGoA"), by counsel, and pursuant to Fed. R, Civ. P. 55(b), hereby moves for entry of default judgment against certain named defendants. For the reasons set forth in Plaintiff's accompanying Memorandum, Plaintiff respectfully requests that this Court enter a default judgment against the following Defendants as numbered in Schedule A:[1]

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 1 | 桂国 陈 (Gui Guo Chen) | 2018pineapple | chenuiuo02@outlook.com |
| 8 | 子雄 郑 (Zi Xiong Zheng) | autoscandiy | Money@kdscanner.com<br>samzheng2016@126.com<br>autotechDIY@yahoo.com |
| 9 | 玉婷 胡 (Yuting Hu) | balanceboard_uk | balanceboardcs@outlook.com |
| 10 | 修珑 胡 (Hu Xiulong) | beadsmarket | shengwanglei@yahoo.com<br>hallo_schmuck_lei@outlook.com<br>hallo_schmuck_lei@yahoo.com<br>homeshopping_DIY@yahoo.com |

---

[1] Plaintiff is only seeking the entry of default against Defendants with whom Plaintiff has not reached a settlement. Plaintiff has reached a satisfactory settlement with the other named Defendants.

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 11 | 似业 胡 (Shi Ye Hu) | bestobal | ylworldtrading@hotmail.com |
| 13 | 岩岩 蔡 (Yan Yan Tsai) | caiyanyantiger | caiyanyan1980@hotmail.com<br>caiyanyan1980_1@hotmail.com<br>caiyanyan1980_2@hotmail.com |
| 15 | 程 陈 (Cheng Chen) | chengcheng788 | aooqhmhqq80@hotmail.com |
| 16 | 晓芳 冯 (Xiaofang Feng) | cntopstore | 597969631@qq.com |
| 17 | 修珑 胡 (Hu Xiulong) | craftdiyonline | gemstone.beauty2009@gmail.com<br>huangwg@yahoo.com<br>huangwg_0702@outlook.com<br>xiulonghu@outlook.com<br>xiulonghu@yahoo.com<br>gemstone.beauty2009@yahoo.com<br>housweety.services@yahoo.com |
| 19 | 亚磊 马 (Ya Lei Ma) | dbs-store7 | horizon0706@outlook.com |
| 22 | Jingkun Ma | dr.dent1 | only20181009@163.com |
| 23 | 鑫 梁 (Xin Liang) | dreamer-store709 | china_dream_709@yahoo.com.cn<br>china_dream_709@163.com |
| 26 | Alexander Livshits | easy-2buyy1 | marishaalex2307@gmail.com |
| 28 | 华 周 (Hua Zhou) | ec-sells | 76083233@qq.com |
| 29 | 蓉 叶 (Rong Ye) | ecudiagnose | auto2tech@gmail.com<br>autotech@hotmail.com<br>sales@auto2tech.com<br>order@auto2tech.com |
| 30 | Chaolei Ma | edent0810 | 18003835165@163.com |
| 33 | 会 田 (Hui Tian) | feidong256 | longfei236@sina.com |
| 36 | 桂方 李 (Gui Fang Li) | gocardiag | info@itcardiag.com<br>1843265526@qq.com |
| 43 | Ilia Shubny | ivscorpil | muramez@mail.ru<br>muramez90@gmail.com<br>ivscorp2017@gmail.com |
| 44 | 修珑 胡 (Hu Xiulong) | je-aime-perles | beads-online@live.com<br>crafts-home@outlook.com<br>hellogemstone_wei@yahoo.com<br>jewelry-diy@outlook.com<br>robbie.wei@yahoo.com<br>xiaoduo.pan@outlook.com<br>hellogemstone@gmail.com<br>qizanwei@yahoo.com<br>robbie.wei@panduo.com.cn |
| 46 | 岩岩 蔡 (Yan Yan Tsai) | ledlightcarparts | feiyanled@hotmail.com |
| 47 | 晓云 钟 (Xiaoyun Zhong) | lind_chen1 | susan123abc@163.com |

2

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 50 | Pingyan Li | mingtge | lipybj@hotmail.com |
| 53 | Jian Jun Wei | niujunjun98 | laoweijiashenvo@outlook.com |
| 54 | Jinli Ding | promall | 2189647685@qq.com |
| 56 | 媛媛 张 (Yuanyuan Zhang) | seniors_203 | seniors203@outlook.com |
| 57 | 绍雄 戴 (Shao Xiong) | sincereobd2 | daiobd@outlook.com<br>sincereobd2@outlook.com<br>sincereobd@outlook.com |
| 58 | 佰香 王 (Bai Xiang Wang) | sinosells699 | 844314000@qq.com<br>info@ecutool.us<br>wbaixiang@yahoo.com |
| 59 | Hailan Li | smartgo-gps-wholesale | tingyumanbu317@163.com |
| 60 | Jian Le Zhao | strength_simone | 1755791556@qq.com |
| 63 | Ou Ping Su | ucartool2015 | chinacathy@163.com |
| 65 | Azhou Chen | vehiclegenius | autoolboxgina@hotmail.com<br>shzwz@126.com |
| 66 | 明和 黄 (Meiwa Ki) | xiaoxiaowei17 | huangminghe12@hotmail.com |
| 69 | 国臣 张 (Guochen Zhang) | yf_home | yf111aaa@126.com<br>airhomepay@126.com<br>easily_pay@126.com<br>hkpayhome@126.com<br>yf_home_pay@126.com |
| 70 | 媛媛 张 (Yuanyuan Zhang) | yfmotor | motorknight2018@outlook.com |
| 71 | Zuqiu He | yiou-2017 | myangelok@qq.com |
| 72 | Yang Zhang | ywssg515 | tzlangm@hotmail.com |
| 74 | 会 邓 (Hui Deng) | zeus_tech | chinamaster02@hotmail.com<br>chinatool93@gmail.com<br>chinatool93@hotmail.com<br>mandydeng49@yeah.net |
| 76 | 强华 赵 (Qianghua Zhao) | zykerstore | zyker2017@163.com |
| 77 | Qing Zhu | hksinc (zhuqingadaf) | hksincczq@outlook.com<br>hksincc@gmail.com |
| 79 | 离军 王 (Li Jun Wang) | july6292012 | july6292012@hotmail.com |
| 81 | Qingqing Luo | besttool2019 | rr@jebolist.com |
| 83 | 景 王 (Wang Jing) | wxystore | liuzhigui2014@outlook.com |

Plaintiff is entitled to statutory damages pursuant to 15 U.S.C. § 1117 (c)(2) in the amount of $2,000,000 for each mark infringed, or $16,000,000 per Subject Defendant, who each infringed at least eight of Audi AG's ("Audi"), VW AG's ("VW"), Bentley Motors' ("Bentley"), and Automobili Lamborghini's ("Lamborghini") (collectively "the VW Brands") federally-

3

registered trademarks by their sale of the Counterfeit VWGoA Products. However, Plaintiff moves for a total statutory damages award of only $2,000,000 per Subject Defendant as part of its ongoing efforts to combat trademark infringement and deter other individuals or corporations from infringing Plaintiff's valuable marks.

Plaintiff also moves for entry of a permanent injunction against the Defendants from making, using, selling, or offering for sale any products that infringe Plaintiff's trademarks. Plaintiff also moves for this Court to order PayPal, Inc. to transfer any monies currently restrained in the above Defendants' financial accounts to be released to Plaintiff as partial payment of the above-identified damages.

Date: March 13, 2020

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Daniel E. Yonan (VSB No. 46019)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
Sterne Kessler Goldstein & Fox, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
dyonan@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

14512793.1