IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC. )<br><br>Plaintiff, )<br>v. )<br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, )<br><br>Defendants. ) | Civil Action No. 1:19-cv-01574 (AJT/MSN) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. 80] of the Magistrate Judge recommending that Plaintiff's Motion for Default Judgment as to Certain Defendants [Doc. 58], identified in **Appendix A** attached hereto, be granted, and that a default judgment be entered in favor of Plaintiff in the amount of $2,000,000.00 in statutory damages; a permanent injunction be entered enjoining Defendants from making, using, selling, or offering for sale unauthorized products containing the VW brands trademarks; an order be entered instructing PayPal, Inc. to release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of the date of that Court order; and an order be entered instructing that, until Plaintiff has recovered full payments of monies owed to it by any Defendants, Plaintiff shall have an ongoing authority to serve a court Order on PayPal, Inc. in the event that any new PayPal, Inc. accounts controlled or operated by Defendants are identified and upon receipt of that Court order, PayPal, Inc. shall within two (2) business days: (1) locate all accounts and funds connected to any Defendant's or Defendants' internet store(s); (2) restrain and enjoin such accounts or funds that

are not U.S.-based from transferring or disposing of any money or other of any Defendant's or Defendants' assets; and (3) release all monies restrained in any Defendant's or Defendants' PayPal, Inc. accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of the Court's order.

The Magistrate Judge advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. No party has filed an objection to the Report and Recommendation within fourteen (14) days of service. Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Report and Recommendation [Doc. 80] be, and the same hereby is, **ADOPTED**; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. 58] be, and the same hereby is, **GRANTED**; and it is further

ORDERED that default judgment be, and the same hereby is, **ENTERED** in favor of Plaintiff and against Defendants in the amount of $2,000,000.00 in statutory damages; and it is further

ORDERED that Defendants be, and the same hereby are, **ENJOINED** from making, using, selling, or offering for sale unauthorized products containing the VW brands trademarks; and it is further

ORDERED that, within five (5) days of the date of this Order, PayPal, Inc. shall release to Plaintiff the monies currently restrained in Defendants' financial accounts as partial payment of the above-identified damages; and it is further

2

ORDERED that, until Plaintiff has recovered full payments of monies owed to it by any Defendant, Plaintiff shall have an ongoing authority to serve this Order on PayPal, Inc. in the event that any new PayPal, Inc. accounts controlled or operated by any Defendant or Defendants are identified and upon receipt of this Order, PayPal, Inc. shall within two (2) business days: (1) locate all accounts and funds connected to any Defendant or Defendants or any Defendant's or Defendants' internet store(s); (2) restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of a Defendant's or Defendants' asset(s); and (3) release all monies restrained in a Defendant's or Defendants' PayPal, Inc. account(s) to Plaintiff as partial payment of the above-identified damages within ten (10) business days of PayPal, Inc.'s receipt of this Order.

**This is a final order for purposes of appeal.** To appeal, a Defendant must file a written Notice of Appeal with the Clerk of Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date of the order the Defendant wishes to appeal. Failure to file a timely Notice of Appeal waives the Defendant's right to appeal this decision.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58, to forward a copy of this Order to all counsel of record, and mail of copy of this Order to the Defendants, listed in Appendix A attached hereto.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 27, 2020

## Appendix A

| No. | Defendant Name | Defendant eBay ID | PayPal email address |
|---|---|---|---|
| 1 | 桂国 陈 (Gui Guo Chen) | 2018pineapple | chenuiuo02@outlook.com |
| 8 | 子雄 郑 (Zi Xiong Zheng) | autoscandiy | Money@kdscanner.com<br>samzheng2016@126.com<br>autotechDIY@yahoo.com |
| 10 | 修珑 胡 (Hu Xiulong) | beadsmarket | shengwanglei@yahoo.com<br>hallo_schmuck_lei@outlook.com<br>hallo_schmuck_lei@yahoo.com<br>homeshopping_DIY@yahoo.com |
| 11 | 似业 胡 (Shi Ye Hu) | bestobal | ylworldtrading@hotmail.com |
| 13 | 岩岩 蔡 (Yan Yan Tsai) | caiyanyantiger | caiyanyan1980@hotmail.com<br>caiyanyan1980_1@hotmail.com<br>caiyanyan1980_2@hotmail.com |
| 15 | 程 陈 (Cheng Chen) | chengcheng788 | aooqhmhqq80@hotmail.com |
| 16 | 晓芳 冯 (Xiaofang Feng) | cntopstore | 597969631@qq.com |
| 17 | 修珑 胡 (Hu Xiulong) | craftdiyonline | gemstone.beauty2009@gmail.com<br>huangwg@yahoo.com<br>huangwg_0702@outlook.com<br>xiulonghu@outlook.com<br>xiulonghu@yahoo.com<br>gemstone.beauty2009@yahoo.com<br>housweety.services@yahoo.com |
| 19 | 亚磊 马 (Ya Lei Ma) | dbs-store7 | horizon0706@outlook.com |
| 22 | Jingkun Ma | dr.dent1 | only20181009@163.com |
| 23 | 鑫 梁 (Xin Liang) | dreamer-store709 | china_dream_709@yahoo.com.cn<br>china_dream_709@163.com |
| 26 | Alexander Livshits | easy-2buyy1 | marishaalex2307@gmail.com |
| 28 | 华 周 (Hua Zhou) | ec-sells | 76083233@qq.com |
| 29 | 蓉 叶 (Rong Ye) | ecudiagnose | auto2tech@gmail.com<br>autotech@hotmail.com<br>sales@auto2tech.com<br>order@auto2tech.com |
| 30 | Chaolei Ma | edent0810 | 18003835165@163.com |
| 33 | 会 田 (Hui Tian) | feidong256 | longfei236@sina.com |
| 36 | 桂方 李 (Gui Fang Li) | gocardiag | info@itcardiag.com<br>1843265526@qq.com |
| 43 | Ilia Shubny | ivscorpil | muramez@mail.ru<br>muramez90@gmail.com<br>ivscorp2017@gmail.com |

i

| | | | |
|---|---|---|---|
| 44 | 修珑 胡 (Hu Xiulong) | je-aime-perles | beads-online@live.com<br>crafts-home@outlook.com<br>hellogemstone_wei@yahoo.com<br>jewelry-diy@outlook.com<br>robbie.wei@yahoo.com<br>xiaoduo.pan@outlook.com<br>hellogemstone@gmail.com<br>qizanwei@yahoo.com<br>robbie.wei@panduo.com.cn |
| 46 | 岩岩 蔡 (Yan Yan Tsai) | ledlightcarparts | feiyanled@hotmail.com |
| 47 | 晓云 钟 (Xiaoyun Zhong) | lind_chen1 | susan123abc@163.com |
| 50 | Pingyan Li | mingtge | lipybj@hotmail.com |
| 53 | Jian Jun Wei | niujunjun98 | laoweijiashenvo@outlook.com |
| 54 | Jinli Ding | promall | 2189647685@qq.com |
| 56 | 媛媛 张 (Yuanyuan Zhang) | seniors_203 | seniors203@outlook.com |
| 57 | 绍雄 戴 (Shao Xiong) | sincereobd2 | daiobd@outlook.com<br>sincereobd2@outlook.com<br>sincereobd@outlook.com |
| 58 | 佰香 王 (Bai Xiang Wang) | sinosells699 | 844314000@qq.com<br>info@ecutool.us<br>wbaixiang@yahoo.com |
| 59 | Hailan Li | smartgo-gps-wholesale | tingyumanbu317@163.com |
| 60 | Jian Le Zhao | strength_simone | 1755791556@qq.com |
| 63 | Ou Ping Su | ucartool2015 | chinacathy@163.com |
| 65 | Azhou Chen | vehiclegenius | autoolboxgina@hotmail.com<br>shzwz@126.com |
| 66 | 明和 黄 (Meiwa Ki) | xiaoxiaowei17 | huangminghe12@hotmail.com |
| 69 | 国臣 张 (Guochen Zhang) | yf_home | yf111aaa@126.com<br>airhomepay@126.com<br>easily_pay@126.com<br>hkpayhome@126.com<br>yf_home_pay@126.com |
| 70 | 媛媛 张 (Yuanyuan Zhang) | yfmotor | motorknight2018@outlook.com |
| 71 | Zuqiu He | yiou-2017 | myangelok@qq.com |
| 72 | Yang Zhang | ywssg515 | tzlangm@hotmail.com |
| 74 | 会 邓 (Hui Deng) | zeus_tech | chinamaster02@hotmail.com<br>chinatool93@gmail.com<br>chinatool93@hotmail.com<br>mandydeng49@yeah.net |
| 76 | 强华 赵 (Qianghua Zhao) | zykerstore | zyker2017@163.com |
| 77 | Qing Zhu | hksinc (zhuqingadaf) | hksincczq@outlook.com<br>hksincc@gmail.com |

| 79 | 离军 王 (Li Jun Wang) | july6292012 | july6292012@hotmail.com |
| 81 | Qingqing Luo | besttool2019 | rr@jebolist.com |
| 83 | 景 王 (Wang Jing) | wxystore | liuzhigui2014@outlook.com |

*[The remainder of this page is intentionally left blank]*