# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Volkswagen Group of America, Inc. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-1574 |
| The Unincorporated Associations Identified in Schedule A | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on July 27, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Volkswagen Group of America, Inc. and against the Defendant, The Unincorporated Associations Identified in Schedule A in the amount of $2,000,000.00 in statutory damages.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
      L.Creek
      Deputy Clerk

Dated: 7/27/2020
Alexandria, Virginia